**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7260**

---

MIGUEL ANGEL RODRIGUEZ,

Petitioner - Appellant,

versus

ALTON BASKERVILLE, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-96-601)

---

Submitted:  February 26, 1998        Decided:  March 18, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Miguel Angel Rodriguez, Appellant Pro Se.  Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Rodriquez v. Baskerville</u>, No. CA-96-601 (E.D. Va. Aug. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>